Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Sweeney, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. LEWIS H. WARREN, Appellant, v. ROSS E. HEROLD, as Director of Dannemora State Hospital, Respondent.—

Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Sweeney, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE WILLIAM ROMEYN, Appellant, v. DANIEL E. DAMON, as Superintendent of Elmira Reformatory, Respondent.—

Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Sweeney, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LARRY MCGEE, Appellant.—

Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Sweeney, JJ., concur.

■ ARTISTIC GREETINGS, INCORPORATED, Respondent, v. SHOLOM GREETING CARD CO., INC., et al., Appellants.—

Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Sweeney, JJ., concur.

■ In the Matter of the Claim of ARNOLD BLAINE, Appellant, v. MCGRAW-EDISON COMPANY

Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Sweeney, JJ., concur.